IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Mining Association, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States Environmental Protection Agency, et al., <br><br> Defendants. | No. CV-15-01752-PHX-SPL <br><br> **ORDER** |

Before the Court is Defendants' Unopposed Motion to Stay (Doc. 14), in which counsel seek this case be stayed pending a ruling on the Motion to Transfer and Consolidate by the United States Judicial Panel on Multidistrict Litigation *In re Clean Water Rule: Definition of "Waters of the United States,"* MDL No. 2663 (J.P.M.L.). Having considered this request,

**IT IS ORDERED:**

1. That the Motion to Stay (Doc. 14) is **granted**; and

2. That counsel shall file a joint status report no later than **October 9, 2015,** or within **30 days** of the date of the United States Judicial Panel's disposition, whichever is earlier.

Dated this 11th day of September, 2015.

Honorable Steven P. Logan
United States District Judge